# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH SLUTTER,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 11-1161** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

## **O R D E R**

**AND NOW,** this  28th  day of November, 2012, upon consideration of the defendant's motion to dismiss (Document #5), and the plaintiff's response thereto (Documents #6 & 7), it is hereby ORDERED that the motion is GRANTED.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.